IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICHAEL A. BROOKSHIRE,

              Plaintiff,

vs.                                         Case No. 12-2622-CM-KMH

GOODYEAR TIRE AND RUBBER CO.,

              Defendant.

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereby stipulate that the claims of the plaintiff, Michael A. Brookshire, against the defendant, Goodyear Tire and Rubber Co., have been resolved. The parties stipulate that all of plaintiff's claims against the Goodyear Tire and Rubber Co., should be dismissed pursuant to F.R.Civ.P. 41(a)(1)(A)(ii) with prejudice with costs assessed to the party incurring same and each party to bear his or its own attorney's fees and expenses of litigation.

STIPULATED BY:

s/ Robert Vinson Eye
_____
Robert Vinson Eye    #10689
Brett A. Jarmer      #23283
Kelly J. Kauffman    #23161
Attorneys for Plaintiff
KAUFFMAN & EYE
123 SE 6th Avenue, Suite 200
Topeka, KS 66603
785-234-4040
Fax: 785-234-4260
Email: brett@kauffmaneye.com
        kelly@kauffmaneye.com
        bob@kauffmaneye.com

T0419598.WPD

s/ J. Steven Pigg
J. Steven Pigg          #09213
Attorney for Defendant Goodyear Tire & Rubber Company
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street
P. O. Box 949
Topeka, KS  66601-0949
Phone number:  (785) 232-7761
Fax number:  (785) 232-6604
Attorney's E-mail address:  spigg@fisherpatterson.com